# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1343
LT Case No. 16-2010-CF-6027-A

_____

SAMUEL KAY BYRD, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

Samuel K. Byrd, II, Lake City, pro se.

No Appearance for Appellee.

June 23, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____